# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES T. RICHARDSON,

    Plaintiff,

    v.

OFFICER KALEENA, DEPUTY MCKENZIE, and DEPUTY STOKES,

    Defendants.

Case No. 3:17-cv-00811-JPG-SCW

## MEMORANDUM AND ORDER

### J. PHIL GILBERT, DISTRICT JUDGE

The parties have filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 41.) That rule allows a plaintiff to dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared. Because the parties have met the requirements of that rule, the Court **FINDS** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**IT IS SO ORDERED.**

**DATED: OCTOBER 10, 2018**

                                      *s/ J. Phil Gilbert*
                                      **J. PHIL GILBERT**
                                      **DISTRICT JUDGE**